**Order entered October 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00492-CV

**IVERY T. WILLIAMS, Appellant**

**V.**

**DAVID GUTIERREZ, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04233-A**

## ORDER

Before the Court is appellant's October 10, 2019 motion to extend the time to file his amended brief. We **GRANT** the motion. We **ORDER** the amended brief tendered to this Court by appellant on October 4, 2019 filed as of the date of this order.

/s/ ERIN A. NOWELL
   JUSTICE